IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-00038-WDM-BNB

TERRY WILSON,

    Plaintiff,

v.

DEPUTY YOUNG, et al.,

    Defendants.

_____

**ORDER**
_____

    Plaintiff moves to refund the required filing fee because the magistrate judge should have more quickly determined that plaintiff's filing should be dismissed because of failure to exhaust remedies.  Plaintiff's filing is but one of scores of *pro se* prisoner complaints which require application of scarce judicial resources in as efficient manner as possible under the circumstances.  Absolutely nothing has been suggested that the responsible magistrate judge failed to timely address the lack of merit of plaintiff's filing and no reason exists to treat plaintiff any differently than all plaintiffs whose claims are

dismissed without being allowed to reclaim their docket fee.  Accordingly, plaintiff's motion is denied.

DATED at Denver, Colorado, on July 21, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge